# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MARION ECHOLS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:21CV602 HEA |
| **COURIER EXPRESS ONE, INC.,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 6th day of October, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE